IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| MICHAEL DAVID WATLEY | Violations:  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and 18 U.S.C. § 2 |

## COUNT ONE

### Distribution of Heroin

The Grand Jury Charges:

In or about January 2020, in the District of North Dakota,

MICHAEL DAVID WATLEY,

individually, and by aiding and abetting, knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule II controlled substance, to W.W.;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWO

### Distribution of Heroin

The Grand Jury Further Charges:

In or about September 2018, in the District of North Dakota,

MICHAEL DAVID WATLEY,

individually, and by aiding and abetting, knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule II controlled substance, to P.C., which substance was later transferred to, and ingested by, E.B.;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Drew H. Wrigley
DREW H. WRIGLEY
United States Attorney

RLV/sj