Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America<br>v.<br>Michael David Watley<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:20-cr-069 |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*       Michael David Watley                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Heroin (2 counts)
Aiding and Abetting

Date:   06/04/2020

/s/ Renee Hellwig
*Issuing officer's signature*

City and state:  Bismarck, ND

Renee Hellwig, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 6/4/20 , and the person was arrested on *(date)* 6/16/20
at *(city and state)* Detroit, MI .

Date: 6/23/2020

Jay Ferguson
*Arresting officer's signature*

Jay Ferguson DUSM
*Printed name and title*